**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KATHY M. PEDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-919 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Based on the this court's Order adopting the Memorandum and Recommendation of the United States Magistrate Judge signed on February 25, 2011, this court enters final judgment. The plaintiff has obtained a fully favorable ruling at the administrative level. The only pending motion, for attorney's fees, is granted and the plaintiff's counsel is awarded fees in the amount of $29,934.75. The motion to dismiss is denied as moot.

This is a final judgment.

SIGNED on March 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge